UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JODY A. CRAKER,

                Plaintiff,

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

CASE NO. C15-1092-JCC-MAT

REPORT AND RECOMMENDATION

       Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 16.)

       Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall: (1) update the medical evidence of record; (2) reconsider the medical opinion evidence, including but not limited to the opinions of Drs. Gabay, Stern, Hakeman, and Sandvik; (3) reconsider the credibility of the claimant's subjective complaints; (4) reconsider the lay witness evidence; (5) re-assess the claimant's residual functional capacity; and (6) continue with the remaining steps of the sequential evaluation as appropriate. Upon proper presentation, this Court will consider

REPORT AND RECOMMENDATION
PAGE - 1

plaintiff's application for attorney fees, costs, and expenses.

The Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 20th day of January, 2016.

Mary Alice Theiler
United States Magistrate Judge